**STATE of Missouri, Respondent,**

v.

**Gary M. DAVIDSON, Appellant.**

**Nos. WD 49540, WD 51454.**

Missouri Court of Appeals, Western District.

Dec. 17, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SPINDEN and LAURA DENVIR STITH, JJ.

---

## ORDER

PER CURIAM.

Gary M. Davidson appeals his conviction for attempted rape and the denial of his Rule 29.15 motion for post-conviction relief. We affirm. Rules 30.25(b) and 84.16(b).